IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOYLA O. VIAU,

    Plaintiff,

v.                                                   Civil Action No. 25-cv-1391

LELAND DUDEK,
ACTING COMMISSIONER OF
SOCIAL SECURITY,



    Defendant.

## JOINT MOTION FOR PROPOSED SCHEDULE

On May 19, 2025, Plaintiff's counsel sought a 30 day extension and contacted opposing counsel regarding a proposed brief schedule. In furtherance of this motion, the undersigned counsel states as follows:

1. Plaintiff's opening brief was originally due on May 21, 2025.

2. However, pursuant to this Court's standing order (Dkt #3), the parties have agreed on the following comprehensive schedule:

    - Plaintiff's opening brief is due on June 20, 2025
    - Defendant's response is due on September 3, 2025
    - Plaintiff's reply is due on September 17, 2025.

WHEREFORE, the undersigned respectfully requests this Court to grant an extension of the time and the proposed comprehensive schedule.

Dated: May 21, 2025                                        Respectfully submitted,

 s/ Hannalore B. Merritt                         By: s/ Heetano Shamsoondar
Hannalore B. Merritt                                  Heetano Shamsoondar
Osterhout Berger Daley, LLC                 Special Assistant U.S. Attorney, DOJ

| | |
|---|---|
| 521 Cedar Way, Suite 200<br>Oakmont, PA 15139<br>Ph.: 412-794-8003 ext 405<br>Fax: 412-794-8050<br>hmerritt@obd.law<br>Attorney for Plaintiff | Social Security Administration, OGC<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-2426; (833) 411-0842(fax)<br>Heetano.Shamsoondar@ssa.gov<br>Attorney for Defendant |

The Court adopts the briefing schedule proposed by the parties.

SO ORDERED.
Dated: May 21, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE