UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Furtherance of the

Stay of Certain Civil Cases

Pending the Restoration of

Department of Justice Funding

_____

ORDER

WHEREAS, the court having issued a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York,

It is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order. The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

1) 24cv09778
2) 25cv01144
3) 25cv01391
4) 25cv04749
5) 25cv07060
6) 25cv07452
7) 25cv07525
8) 25cv07603
9) 25cv07798
10) 25cv08416

SO ORDERED.

Dated: October 21, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge