**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
 LOYLA O. VIAU,

                              Plaintiff,                                        25 **CIVIL** 1391(JAV)

          -v-                                                                   **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
---------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Stipulation and Order dated November 18, 2025, the final decision of the
Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant,
pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.
**Dated:**  New York, New York
          November 20, 2025


                                                         **TAMMI M. HELLWIG**
                                                  _____
                                                         **Clerk of Court**


                                   **BY:**
                                                  _____
                                                         **Deputy Clerk**